UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cv-00004-MOC-DLH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **42 FAIRY AVE., SPRUCE PINE, MITCHELL CO., NC,** | ) ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the consent Motion to Dismiss Complaint. Having considered the consent motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the consent Motion to Dismiss Complaint (#17) is GRANTED, this action is DISMISSED with prejudice, and the parties shall bear their own costs and fees.

Signed: January 29, 2016

Max O. Cogburn Jr
United States District Judge

-1-