# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:15-cv-00004-MOC-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| 42 FAIRY AVE., SPRUCE PINE, MITCHELL CO., NC, | ) ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 29, 2016 Order.

January 29, 2016

_____
Frank G. Johns, Clerk
United States District Court